# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEISHA DONALDBUTLER,<br><br>    Defendant. | Case No. 5:25-po-00004-CDB<br><br>CVB Violation E2091196 / CA14<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Doc. 16) |

Defendant Keisha Donaldbutler was issued Violation Notice E2091196 with a total collateral due of $130.00. As a result of Defendant's failure to appear at her initial appearance on February 4, 2025, the Court issued an arrest warrant and a failure to appear fine in the amount of $100.00 for a total collateral due of $230.00. On March 4, 2025, Defendant appeared in Court, traffic school was authorized and the $100.00 failure to appear fine was recalled. On May 31, 2025, Defendant paid $230.00, which the Court accepted as payment in full and closed the case.

Because Defendant overpaid on the collateral due, the Court HEREBY ORDERS that a refund be issued to Defendant in the amount of $100.00.

IT IS SO ORDERED.

Dated: __**June 2, 2025**__               _____
                                                              UNITED STATES MAGISTRATE JUDGE